*UNITED STATES BANKRUPTCY COURT*
*District of Puerto Rico*

| | |
|---|---|
| *IN THE MATTER OF:*<br><br>JAIME R NIETO DEL TORO<br><br>Debtor(s)<br><br><br>NOREEN WISCOVITCH–RENTAS<br>Plaintiff(s)<br><br>v.<br><br>JOSE A NEGRON SEIJO<br>Defendant | **Case No.** 21–03574<br><br>**Chapter** 7<br><br><br><br>**ADVERSARY NUMBER** 22–00059<br><br><br>FILED & ENTERED ON 8/23/22 |

*SUMMONS IN AN ADVERSARY PROCEEDING*

   YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

JAVIER VILARINO
VILARINO & ASSOCIATES LLC
PO BOX 9022515
SAN JUAN, PR 00902

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.

*/s/ Wilma Jaime*
WILMA JAIME
Clerk of the Court

By: WILLIAM A REYES TORO (Deputy Clk)

**CERTIFICATION OF SERVICE**

I,_____ (name), certify that service of this summons and a copy of the complaint was made _____(date) by:

[ ]  Mail service: Regular, first class United States mail, postage fully pre−paid, addressed to:


[ ]  Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:


[ ]  Residence Service: By leaving the process with the following adult at:


[ ]  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


[ ]  Publication: The defendant was served as follows: [Describe briefly]


[ ]  State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe briefly]


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____ Signature _____


Print Name:                                                   _____

Business Address:                                        _____
                                                                    _____
                                                                    _____