UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JAIME R. NIETO DEL TORO,<br><br>Debtor. | Bankruptcy No.: 21-03574 (ESL)<br><br>Chapter 7 |
| **JAIME R. NIETO DEL TORO, REPRESENTED BY NOREEN WISCOVITCH, CHAPTER 7 TRUSTEE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JAIME R. NIETO DEL TORO; JOSE A. NEGRON SEIJO; LINA I. VAELLO ATANACIO,**<br><br>**Defendant.** | Adv. Proc. No. 19-00059 |

## MOTION SUBMITTING DOCUMENTS

**TO THE HONORABLE COURT:**

    **COME NOW**, through the undersigned counsel, the duly appointed and acting Chapter 7 Trustee of the Bankruptcy Estate of Jaime R. Nieto Del Toro (the "Debtor"), Noreen Wiscovitch-Rentas (the "Trustee" or "Plaintiff"), who respectfully states and prays as follows:

    1. On August 22, 2022, the Trustee filed the captioned adversary complaint, which included several exhibits (the "Complaint"). [Dkt. No. 1]

    2. However, by inadvertence the exhibits included in the Complaint had certain mistakes, which are corrected herein.

    3. In addition, by inadvertence, the cover sheet of the Compliant was omitted.

    4. Therefore, the Trustee hereby submits the corrected exhibits of the Complaint and the cover sheet of the Complaint.

1

**WHEREFORE**, Plaintiff respectfully requests from this Honorable Court to take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of August 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS SAME DATE, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM WHICH WILL SEND NOTIFICATION OF SUCH FILING TO ALL REGISTERED CM/ECF PARTICIPANTS.

*/s/ Javier Vilariño*
JAVIER VILARIÑO
USDC No. 223503
E-mail: jvilarino@vilarinolaw.com

*/s/ Carol J. Tirado López*
CAROL J. TIRADO LOPEZ
USDC No. 307405
E-mail: ctirado@vilarinolaw.com

**VILARIÑO & ASSOCIATES LLC**
PO BOX 9022515
San Juan, PR 00902-2515
Tel. 787-565-9894
E-mail: jvilarino@vilarinolaw.com