**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>JAIME R. NIETO DEL TORO,<br><br>Debtor. | Bankruptcy No.: 21-03574 (ESL)<br><br>Chapter 7 |
| **JAIME R. NIETO DEL TORO, REPRESENTED BY NOREEN WISCOVITCH, CHAPTER 7 TRUSTEE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JAIME R. NIETO DEL TORO; JOSE A. NEGRON SEIJO; LINA I. VAELLO ATANACIO,**<br><br>**Defendant.** | Adv. Proc. No. 19-00059 |

**MOTION FOR LEAVE TO FILE**
**DOCUMENTS IN THE SPANISH LANGUAGE**

**TO THE HONORABLE COURT:**

**COME NOW,** through the undersigned counsel, the duly appointed and acting Chapter 7 Trustee of the Bankruptcy Estate of Jaime R. Nieto Del Toro (the "Debtor"), Noreen Wiscovitch-Rentas (the "Trustee" or "Plaintiff"), who respectfully states and prays as follows:

1. On August 22, 2022, the Trustee filed the captioned adversary complaint (the "Complaint"), which included exhibits in their original Spanish language. [Dkt. No. 1].

2. On today's date, the Trustee filed a motion submitting the corrected exhibits of the Complaint, which included exhibits in their original Spanish language. [Dkt. No. 6]

3. Local Rule of Civil Procedure 5(g) provides for translation of filed documents stating that:

"All documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into

English prepared by:

(1) Interpreter certified by the Administrative Office of the U.S. Courts, or

(2) a translator who has approved Phase I (written legal translation) of the Federal Court Interpreters Certification Examination, or

(3) a translator, certified by the American Translator Association, or who has a post-graduate degree from an accredited post-graduate education translation program.

In lieu of the above, by stipulation of the parties."

*See* L. Cv. R. 5(g).

4. Therefore, the Trustee respectfully requests from this Honorable Court to take notice of the above, to grant leave to file documents in the Spanish language, and to enter an order granting a period of sixty (60) days to provide the Court with certified translations into the English language for the documents of reference.

**WHEREFORE**, the Trustee respectfully requests from this Honorable Court to take notice of the above to grant leave to file documents in the Spanish language and to enter an order granting a period of sixty (60) days to provide the Court with certified translations into the English language for the documents of reference.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, dated August 23, 2022.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional 3 days pursuant to F.R.B.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail.

*/s/ Javier Vilariño*
JAVIER VILARIÑO
USDC No. 223503
E-mail: jvilarino@vilarinolaw.com

*/s/ Carol J. Tirado López*
**CAROL J. TIRADO LOPEZ**
USDC No. 307405
E-mail: ctirado@vilarinolaw.com

**VILARIÑO & ASSOCIATES LLC**
PO BOX 9022515
San Juan, PR 00902-2515
www.vilarinolaw.com