## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JAIME R. NIETO DEL TORO,<br><br>Debtor. | Bankruptcy No.: 21-03574 (ESL)<br><br>Chapter 7 |
| **JAIME R. NIETO DEL TORO, REPRESENTED BY NOREEN WISCOVITCH, CHAPTER 7 TRUSTEE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**JAIME R. NIETO DEL TORO; JOSE A. NEGRON SEIJO; LINA I. VAELLO ATANACIO,**<br><br>**Defendant.** | **Adv. Proc. No. 22-00059** |

## MOTION SUBMITTING DOCUMENTS

**TO THE HONORABLE COURT:**

    **COME NOW**, through the undersigned counsel, the duly appointed and acting Chapter 7 Trustee of the Bankruptcy Estate of Jaime R. Nieto Del Toro (the "Debtor"), Noreen Wiscovitch-Rentas (the "Trustee" or "Plaintiff"), who respectfully states and prays as follows:

    1. On August 22, 2022, the Trustee filed the captioned adversary complaint (the "Complaint"). [Dkt. No. 1]

    2. The Trustee hereby submits the Complaint's Cover Sheet with the correct legal case number.

    **WHEREFORE**, Plaintiff respectfully requests from this Honorable Court to take notice of the above stated.

    **RESPECTFULLY SUBMITTED.**

1

In San Juan, Puerto Rico, this 25th day of August 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS SAME DATE, I ELECTRONICALLY FILED THE FOREGOING WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM WHICH WILL SEND NOTIFICATION OF SUCH FILING TO ALL REGISTERED CM/ECF PARTICIPANTS.

*/s/ Javier Vilariño*
JAVIER VILARIÑO
USDC No. 223503
E-mail: jvilarino@vilarinolaw.com

*/s/ Carol J. Tirado López*
CAROL J. TIRADO LOPEZ
USDC No. 307405
E-mail: ctirado@vilarinolaw.com

**VILARIÑO & ASSOCIATES LLC**
PO BOX 9022515
San Juan, PR 00902-2515
Tel. 787-565-9894
E-mail: jvilarino@vilarinolaw.com