IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 21-03574-ESL7 |
| JAIME R NIETO DEL TORO | Chapter 7 |
| Debtor | |
| NOREEN WISCOVITCH-RENTAS | ADVERSARY NUMBER: 22-00059-ESL |
| Plaintiff | |
| JAIME R NIETO DEL TORO | |
| JOSE A NEGRON SEIJO | |
| LINA I VAELLO ATANACIO | |
| Defendants | FILED & ENTERED ON DEC/05/2022 |

ORDER

Plaintiff's motion requesting entry of order approving settlement agreement with co-defendants, Jose A. Negron Seijo and Lina A. Vaello Atanacio under Rule 9019 (docket #21) is hereby granted. The settlement agreement is approved as being in the best interest of the estate. Partial judgment will be entered as per the settlement agreement.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5 day of December, 2022.

Enrique S. Lamoutte
United States Bankruptcy Judge