IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 21-03574-ESL7 |
| JAIME R NIETO DEL TORO | Chapter 7 |
| Debtor | |
| NOREEN WISCOVITCH-RENTAS | ADVERSARY NUMBER: 22-00059-ESL |
| Plaintiff | |
| JAIME R NIETO DEL TORO | |
| JOSE A NEGRON SEIJO | |
| LINA I VAELLO ATANACIO | |
| Defendants | FILED & ENTERED ON DEC/05/2022 |

PARTIAL JUDGMENT

Upon the order entered by the Honorable Enrique S. Lamoutte on December 5, 2022 (Docket #24), it is now

ADJUDGED AND DECREED that Partial Judgment be and is hereby entered according to the terms and conditions of the approved settlement/stipulation filed with this court on December 1, 2022 (Docket #21), which becomes an integral part of this judgment as set forth in extenso.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 5 day of December, 2022.

Enrique S. Lamoutte
United States Bankruptcy Judge