IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 21-03574-ESL7 |
| JAIME R NIETO DEL TORO | Chapter 7 |
| Debtor | ADVERSARY NUMBER: 22-00059-ESL |
| NOREEN WISCOVITCH-RENTAS | |
| Plaintiff | |
| JAIME R NIETO DEL TORO | |
| JOSE A NEGRON SEIJO | |
| LINA I VAELLO ATANACIO | FILED & ENTERED ON DEC/05/2022 |
| Defendants | |

ENTRY OF DEFAULT

　　It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

　　Name: **JAIME R NIETO DEL TORO**

　　Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

　　Plaintiff shall move for default judgment within twenty-one (21) days from entry of default.

　　IT IS SO ORDERED.

　　In San Juan, Puerto Rico, this 5 day of December, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge